IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FATIMAH ALEXANDER,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 25-2833** |
| : | |
| **NAVY FEDERAL CREDIT UNION,** : | |
| Defendant. : | |

## ORDER

AND NOW, this 3rd day of September, 2025, upon consideration of Plaintiff Fatimah Alexander's Motion to Proceed *In Forma Pauperis* (ECF Nos. 1, 5), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
**MARY KAY COSTELLO, J.**